IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAROLYN MCKEOWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:20-cv-01042 |
| | ) Judge Trauger |
| STATE OF TENNESSEE, DHS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On November 15, 2021, the Magistrate Judge issued a Report and Recommendation (Doc No. 25), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion to Dismiss (Doc. No. 14) is GRANTED.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED.**

ALETA A. TRAUGER
U.S. District Judge